IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 22  A 10: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Civil Action No. |
| v. | VERIFIED COMPLAINT FOR FORFEITURE IN REM |
| 62 cases, more or less, of BetaTrim, an article of food, each case containing 6/180 tablet bottles; plus 9 loose bottles, labeled in part: | |

04-40011 **NMG**

(case)

"*** MS303422 *** BETATRIM *** CS/6 *** 180 COUNT ***"

(bottle)

"*** EAS *** BetaTrim *** Dietary Supplement 180 Tablets *** Proprietary Blend *** Ma Huang 8:1 Herb Extract *** (12 mg ephedrine alkaloids) *** Developed by and manufactured exclusively for *** EAS *** 555 Corporate Circle, Golden, CO *** USA ***"

8 display cartons, more or less, of an article of food, each case containing 12 bottles; plus 9 loose bottles, labeled in part:

(carton)

"*** STACKER PACKER *** As Advertised on National TV and Radio! This display carton contains the following: *** (Please check the corresponding box) *** 12 Stacker 2® 20ct Bottles *** Manufactured by NVE Pharmaceuticals, Inc. *** Newton NJ ***"

(bottle)

"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 20 CAPSULES *** )
PROPRIETARY BLEND 270MG *** EPHEDRA )
EXTRACT (LEAVES/STEMS) (25MG )
EPHEDRINE GROUP ALKALOIDS) *** )
MANUFACTURED BY NVE PHARMACEUTICALS, )
INC. ***" )

4 cases, more or less, of an article )
of food, each case containing 16 )
display cartons, each carton con- )
taining 6/100 capsule bottles; plus )
2 display cartons of 6/100 capsule )
bottles and 5 loose bottles, labeled )
in part: )
 )
(case) )
 )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg *** )
Ephedra Extract (leaves/stems) (25mg )
ephedrine group alkaloids) *** )
Manufactured by NVE Pharmaceuticals, )
Inc. ***" )
 )
(carton) )
 )
"*** STACKER PACKER *** As )
Advertised on National TV and Radio! )
*** This display carton contains the )
following: *** (Please check the )
corresponding box) *** 6 Stacker 2® )
100ct Bottles *** Manufactured by )
NVE Pharmaceuticals, Inc. *** )
Andover NJ ***" )
 )
(bottle) )
 )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg *** )
Ephedra Extract (leaves/stems) (25mg )
ephedrine group alkaloids) *** )
Manufactured by NVE Pharmaceuticals, )
Inc. ***" )
 )
3 cases, more or less, of an article )

<mark>
<mark>
<mark>
</mark>
</mark>
</mark>

```
of food, each case containing 12/90   )
capsule bottles; plus 2 loose         )
bottles, labeled in part:             )
                                      )
(case - handwritten label)            )
                                      )
"*** THERMBUTEROL ***"                )
                                      )
(bottle)                              )
                                      )
"*** THERMBUTEROL *** Fat Burner      )
Energizer *** Maximum Strength ***    )
90 Capsules *** Dietary Supplement    )
*** Proprietary Blend *** Sida        )
Cordifolia (standardized for          )
Ephedrine) *** Manufactured by: ***   )
Southern Pharmaceuticals ***,"        )
                                      )
              Defendants.             )
```

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action pursuant to Title 21, United States Code, Section 334, alleges that:

1. This complaint is filed by the United States of America, and requests seizure and condemnation of articles of food, as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act (Act), 21 U.S.C. § 301 et seq.

2. This Court has jurisdiction under 28 U.S.C. § 1345 and 21 U.S.C. § 334.

3. There are in the possession of Musclemaster.com, Inc., 455 Whitney Street, Northboro, Massachusetts, or elsewhere within the jurisdiction of this Court, articles of food, as described in the

caption, which articles were shipped in interstate commerce from outside the Commonwealth of Massachusetts.

4. The articles of food are misbranded while held for sale after shipment in interstate commerce, within the meaning of the Act, 21 U.S.C. § 343(a)(1), in that their labeling, including material on websites, is false and misleading because it bears claims that falsely represent and suggest that the articles will help build muscles, which representations are not supported by scientific studies.

5. By reason of the foregoing, the articles of food are subject to seizure and condemnation pursuant to 21 U.S.C. § 334(a) and (b).

WHEREFORE, the United States of America prays:

1. That a warrant and monition, in the form submitted herewith, be issued to the United States Marshal for the District of Massachusetts commanding him to: (a) seize the articles of food; and (b) give notice to all persons having any interest in the articles of food to appear and show cause why the condemnation of the articles of food should not be decreed;

2. That judgment of condemnation be decreed against the articles of food;

3. That thereafter, the articles of food be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        By: *Shelbey D. Wright* (signature)
                                        SHELBEY D. WRIGHT
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100

Dated: 1/21/04

## VERIFICATION

I, Patricia Murphy, Compliance Officer, New England District of the Food and Drug Administration, state that I have read the foregoing Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and its attachments, and that the contents thereof are true to the best of my knowledge, information and belief.

*Patricia Murphy*
Patricia Murphy
Compliance Officer, New
England District, Food and
Drug Administration

Dated:

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                              Stoneham

Then personally appeared before me the above-named Patricia Murphy, Compliance Officer, United States Food and Drug Administration, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this __15__ day of January, 2004.

Notary Public *Marsha L. Nichols*

My commission expires: 9/2010

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET 04 40011

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
62 Cases, more or less, of BetaTrim, et al.,

2004 JAN 22 A 10: 50

## (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210   (617) 748-3100

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury — Med. Malpractice | [X] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **HABEAS CORPUS:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS — Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | / [ ] 550 Civil Rights | | | |
| | / [ ] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Government seeks the forfeiture of articles of food, pursuant to 21 U.S.C. § 334.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] YES   [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 1/21/04

SIGNATURE OF ATTORNEY OF RECORD
Shelbey D. Wright

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-40011-NMG

1. Title of case (name of first party on each side only) United States of America v. 62 Cases, more or less, of BetaTrim, et al.,

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    XX   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                    YES ☐        NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

                                                    YES ☐        NO ☒

   If so, is the u.s.a. or an officer, agent or employee of the u.s. a party?

                                                    YES ☐        NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 usc §2284?

                                                    YES ☐        NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the commonwealth of massachusetts ("governmental agencies"), residing in massachusetts reside in the same division? - (See local rule 40.1(d)).

       N/A                                          YES ☐        NO ☐

       A. If yes, in which division do all of the non-governmental parties reside?

          Eastern Division ☐      Central Division ☐      Western Division ☐

       B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

          Eastern Division ☐      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

       N/A                                          YES ☐        NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Shelbey D. Wright, Assistant U.S. Attorney
ADDRESS   United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA  02210
TELEPHONE NO.   (617) 748-3100

(Cover sheet local.wpd - 09/12/02)