UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN 22  A 11: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>62 cases, more or less, of<br>BetaTrim, an article of food,<br>each case containing 6/180 tablet<br>bottles; plus 9 loose bottles,<br>labeled in part:<br><br>(case)<br><br>"*** MS303422 *** BETATRIM ***<br>CS/6 *** 180 COUNT ***"<br><br>(bottle)<br><br>"*** EAS *** BetaTrim *** Dietary<br>Supplement 180 Tablets ***<br>Proprietary Blend *** Ma Huang 8:1<br>Herb Extract *** (12 mg ephedrine<br>alkaloids) *** Developed by and<br>manufactured exclusively for ***<br>EAS *** 555 Corporate Circle,<br>Golden, CO *** USA ***"<br><br>8 display cartons, more or less,<br>of an article of food, each case<br>containing 12 bottles; plus 9<br>loose bottles, labeled in part:<br><br>(carton)<br><br>"*** STACKER PACKER *** As<br>Advertised on National TV and<br>Radio!  This display carton<br>contains the following: ***<br>(Please check the corresponding<br>box) *** 12 Stacker 2® 20ct<br>Bottles *** Manufactured by NVE<br>Pharmaceuticals, Inc. *** Newton,<br>NJ ***"<br><br>(bottle)<br><br>"*** HERBAL DIETARY SUPPLEMENT ***<br>STACKER *** 2 *** 20 CAPSULES ***<br>PROPRIETARY BLEND 270MG ***  | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) **WARRANT AND MONITION**<br>)<br>)<br>)<br><br>**04-40011 -NMG**<br> |

EPHEDRA EXTRACT (LEAVES/STEMS) )
(25MG EPHEDRINE GROUP ALKALOIDS) )
\*\*\* MANUFACTURED BY NVE )
PHARMACEUTICALS, INC. \*\*\*" )
)
4 cases, more or less, of an )
article of food, each case )
containing 16 display cartons, )
each carton containing 6/100 )
capsule bottles; plus 2 display )
cartons of 6/100 capsule bottles )
and 5 loose bottles, labeled in )
part: )
)
(case) )
)
"\*\*\* HERBAL DIETARY SUPPLEMENT \*\*\* )
STACKER \*\*\* 2 \*\*\* 100 CAPSULES \*\*\* )
Proprietary Blend \*\*\* 270mg \*\*\* )
Ephedra Extract (leaves/stems) )
(25mg ephedrine group alkaloids) )
\*\*\* Manufactured by NVE )
Pharmaceuticals, Inc. \*\*\*" )
)
(carton) )
)
"\*\*\* STACKER PACKER \*\*\* As )
Advertised on National TV and )
Radio!  \*\*\* This display carton )
contains the following: \*\*\* )
(Please check the corresponding )
box) \*\*\* 6 Stacker 2® 100ct )
Bottles \*\*\* Manufactured by NVE )
Pharmaceuticals, Inc. \*\*\* )
Andover, NJ \*\*\*" )
)
(bottle) )
)
"\*\*\* HERBAL DIETARY SUPPLEMENT \*\*\* )
STACKER \*\*\* 2 \*\*\* 100 CAPSULES \*\*\* )
Proprietary Blend \*\*\* 270mg \*\*\* )
Ephedra Extract (leaves/stems) )
(25mg ephedrine group alkaloids) )
\*\*\*  Manufactured by NVE )
Pharmaceuticals, Inc. \*\*\*" )
)
3 cases, more or less, of an )
article of food, each case )
containing 12/90 capsule bottles; )
plus 2 loose bottles, labeled in )
part: )

```
(case - handwritten label)        )
                                  )
"*** THERMBUTEROL ***"            )    04-40011 -NMG
                                  )
(bottle)                          )
                                  )
"*** THERMBUTEROL *** Fat Burner  )
Energizer *** Maximum Strength *** )
90 Capsules *** Dietary Supplement )
*** Proprietary Blend *** Sida    )
Cordifolia (standardized for      )
Ephedrine) *** Manufactured by:   )
*** Southern Pharmaceuticals ***,")
           Defendants.            )
```

To: The United States Marshal for the District of Massachusetts, or his Deputies

<u>We Command You</u> that you give notice to all persons concerned that a Verified Complaint for Forfeiture <u>In Rem</u> (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant articles of food, as described in the above caption, more particularly described in the Complaint, pursuant to Title 21, United States Code, Section 334.

This Court has found probable cause for the seizure and condemnation. Accordingly, you are directed to serve and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the articles of food at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Margaret Chunias
Musclemaster.com, Inc.
455 Whitney Street
Northborough, MA 01532

Nick Chunias
Musclemaster.com, Inc.
455 Whitney Street
Northborough, MA 01532

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You Are Further Commanded</u> to seize and hold in your secure custody and control the articles of food, until such further order of this Court.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons claiming an interest in the articles of food, or assert that the articles of food should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE ARTICLES OF FOOD MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET

FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: __JAN 27__, 2004

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: __Jan 27__, 2004