IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR 13  P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-40011-NMG |
| 62 cases, more or less, of BetaTrim, an article of food, each case containing 6/180 tablet bottles; plus 9 loose bottles, labeled in part:<br><br>(case)<br><br>"*** MS303422 *** BETATRIM *** CS/6 *** 180 COUNT ***"<br><br>(bottle)<br><br>"*** EAS *** BetaTrim *** Dietary Supplement 180 Tablets *** Proprietary Blend *** Ma Huang 8:1 Herb Extract *** (12 mg ephedrine alkaloids) *** Developed by and manufactured exclusively for *** EAS  *** 555 Corporate Circle, Golden, CO *** USA ***"<br><br>8 display cartons, more or less, of an article of food, each case containing 12 bottles; plus 9 loose bottles, labeled in part:<br><br>(carton)<br><br>"*** STACKER PACKER *** As Advertised on National TV and Radio!  This display carton contains the following: *** (Please check the corresponding box) *** 12 Stacker 2® 20ct Bottles *** Manufactured by NVE Pharmaceuticals, Inc. *** Newton, NJ ***"<br><br>(bottle) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 20 CAPSULES ***   )
PROPRIETARY BLEND 270MG ***          )
EPHEDRA EXTRACT (LEAVES/STEMS)       )
(25MG EPHEDRINE GROUP ALKALOIDS)     )
*** MANUFACTURED BY NVE              )
PHARMACEUTICALS, INC. ***"           )
                                     )
4 cases, more or less, of an         )
article of food, each case           )
containing 16 display cartons,       )
each carton containing 6/100         )
capsule bottles; plus 2 display      )
cartons of 6/100 capsule bottles     )
and 5 loose bottles, labeled in      )
part:                                )
                                     )
(case)                               )
                                     )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg ***      )
Ephedra Extract (leaves/stems)       )
(25mg ephedrine group alkaloids)     )
*** Manufactured by NVE              )
Pharmaceuticals, Inc. ***"           )
                                     )
(carton)                             )
                                     )
"*** STACKER PACKER *** As           )
Advertised on National TV and        )
Radio!  *** This display carton      )
contains the following: ***          )
(Please check the corresponding      )
box) *** 6 Stacker 2® 100ct          )
Bottles *** Manufactured by NVE      )
Pharmaceuticals, Inc. ***            )
Andover, NJ ***"                     )
                                     )
(bottle)                             )
                                     )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg ***      )
Ephedra Extract (leaves/stems)       )
(25mg ephedrine group alkaloids)     )
***  Manufactured by NVE             )
Pharmaceuticals, Inc. ***"           )

```
3 cases, more or less, of an          )
article of food, each case            )
containing 12/90 capsule bottles;     )
plus 2 loose bottles, labeled in      )
part:                                 )
                                      )
(case - handwritten label)            )
                                      )
"*** THERMBUTEROL ***"                )
                                      )
(bottle)                              )
                                      )
"*** THERMBUTEROL *** Fat Burner      )
Energizer *** Maximum Strength ***    )
90 Capsules *** Dietary Supplement    )
*** Proprietary Blend *** Sida        )
Cordifolia (standardized for          )
Ephedrine) *** Manufactured by:       )
*** Southern Pharmaceuticals ***,"    )
              Defendants.             )
```

## MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Nicholas G. Chunias, Margaret A. Chunias, and all other persons claiming an interest in the articles of food, as described in the caption (the "Defendant Articles of Food"), in accordance with the Federal Food, Drug, and Cosmetic Act (Act), 21 U.S.C. § 301 et seq.

In support of this application, the United States submits the attached Affidavit.

Dated:                                       Respectfully submitted,

                                             UNITED STATES OF AMERICA
                                             By its attorneys,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                                        By: /s/ Shelbey D. Wright
                                             Shelbey D. Wright
                                             Assistant U.S. Attorney
                                             1 Courthouse Way, Suite 9200
                                             Boston, MA  02210
                                             (617) 748-3100

SO ORDERED AND ALLOWED


_____
NATHANIEL M. GORTON
United States District Judge

Date: _____


## CERTIFICATE OF SERVICE

I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon Thomas C. Frongillo, Esquire as Counsel for Nicholas G. Chunias and Margaret A. Chunias, 125 Hight Street, Boston, MA 02110-2704, by first class mail, postage prepaid.

                                        /s/ Shelbey D. Wright
                                        Shelbey D. Wright
                                        Assistant U.S. Attorney

N:\KWhitten\Default Motions\Default Motion 62 cases.wpd