```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,              )
             Plaintiff,                )
                                       )
             v.                        )Civil Action No. 04-40011-NMG
                                       )
62 cases, more or less, of             )
BetaTrim, an article of food,          )
each case containing 6/180 tablet      )
bottles; plus 9 loose bottles,         )
labeled in part:                       )
                                       )
(case)                                 )
                                       )
"*** MS303422 *** BETATRIM ***         )
CS/6 *** 180 COUNT ***"                )
                                       )
(bottle)                               )
                                       )
"*** EAS *** BetaTrim *** Dietary      )
Supplement 180 Tablets ***             )
Proprietary Blend *** Ma Huang 8:1     )
Herb Extract *** (12 mg ephedrine      )
alkaloids) *** Developed by and        )
manufactured exclusively for ***       )
EAS  *** 555 Corporate Circle,         )
Golden, CO *** USA ***"                )
                                       )
8 display cartons, more or less,       )
of an article of food, each case       )
containing 12 bottles; plus 9          )
loose bottles, labeled in part:        )
                                       )
(carton)                               )
                                       )
"*** STACKER PACKER *** As             )
Advertised on National TV and          )
Radio!  This display carton            )
contains the following: ***            )
(Please check the corresponding        )
box) *** 12 Stacker 2® 20ct            )
Bottles *** Manufactured by NVE        )
Pharmaceuticals, Inc. *** Newton,      )
NJ ***"                                )
                                       )
(bottle)                               )
                                       )
```

"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 20 CAPSULES ***  )
PROPRIETARY BLEND 270MG ***        )
EPHEDRA EXTRACT (LEAVES/STEMS)     )
(25MG EPHEDRINE GROUP ALKALOIDS)   )
*** MANUFACTURED BY NVE            )
PHARMACEUTICALS, INC. ***"         )
                                   )
4 cases, more or less, of an       )
article of food, each case         )
containing 16 display cartons,     )
each carton containing 6/100       )
capsule bottles; plus 2 display    )
cartons of 6/100 capsule bottles   )
and 5 loose bottles, labeled in    )
part:                              )
                                   )
(case)                             )
                                   )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg ***    )
Ephedra Extract (leaves/stems)     )
(25mg ephedrine group alkaloids)   )
*** Manufactured by NVE            )
Pharmaceuticals, Inc. ***"         )
                                   )
(carton)                           )
                                   )
"*** STACKER PACKER *** As         )
Advertised on National TV and      )
Radio!  *** This display carton    )
contains the following: ***        )
(Please check the corresponding    )
box) *** 6 Stacker 2® 100ct        )
Bottles *** Manufactured by NVE    )
Pharmaceuticals, Inc. ***          )
Andover, NJ ***"                   )
                                   )
(bottle)                           )
                                   )
"*** HERBAL DIETARY SUPPLEMENT *** )
STACKER *** 2 *** 100 CAPSULES *** )
Proprietary Blend *** 270mg ***    )
Ephedra Extract (leaves/stems)     )
(25mg ephedrine group alkaloids)   )
***  Manufactured by NVE           )
Pharmaceuticals, Inc. ***"         )

```
3 cases, more or less, of an         )
article of food, each case           )
containing 12/90 capsule bottles;    )
plus 2 loose bottles, labeled in     )
part:                                )
                                     )
(case - handwritten label)           )
                                     )
"*** THERMBUTEROL ***"               )
                                     )
(bottle)                             )
                                     )
"*** THERMBUTEROL *** Fat Burner     )
Energizer *** Maximum Strength ***   )
90 Capsules *** Dietary Supplement   )
*** Proprietary Blend *** Sida       )
Cordifolia (standardized for         )
Ephedrine) *** Manufactured by:      )
*** Southern Pharmaceuticals ***,"   )
           Defendants.               )
```

**AFFIDAVIT IN SUPPORT OF**
**<u>MOTION FOR ENTRY OF DEFAULT</u>**

I, Shelbey D. Wright, state under oath as follows:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action <u>in</u> <u>Rem</u> for seizure and condemnation of the defendant articles of food, as described in the caption (the "Defendant Articles of Food"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

2. The Defendant Articles of Food are subject to seizure and condemnation pursuant to 28 U.S.C. § 1345, and 21 U.S.C. § 334 on the grounds that they are misbranded while held for sale

after shipment in interstate commerce, within the meaning of the Act, 21 U.S.C. § 343(a)(1), in that their labeling, including material on websites, is false and misleading because it bears claims that falsely represent and suggest that the Defendant Articles of Food will help build muscles, which representations are not supported by scientific studies.

3. The Verified Complaint for Forfeiture In Rem (the "Complaint") was filed in this United States District Court on or about January 22, 2004.

4. This Court found probable cause that the Defendant Articles of Food were subject to seizure and condemnation by the United States, and issued a Warrant and Monition on or about January 27, 2004, directing the United States Marshals Service ("USMS") to give notice to all persons concerned that a Complaint in Rem had been filed, and to arrest and retain the Defendant Articles of Food in its custody.

5. Notice of the United States' Complaint was published, in accordance with the Warrant and Monition, in the Boston Herald newspaper on February 12, February 19, and February 26, 2004. A copy of the USMS Process Receipt and Return form and the published notice are attached as Exhibit A.

6. A copy of the Verified Complaint and a certified copy of the Warrant and Monition were sent by certified mail to Nick Chunias, Musclemaster.com, Inc. 455 Whitney Street, Northborough,

MA 01532, and Margaret Chunias, Musclemaster.com, Inc. 455 Whitney Street, Northborough, MA 01532, on or about February 9, 2004. Copies of the USMS Process Receipt and Return forms are attached as <u>Exhibits B and C</u>. Neither Nick nor Margaret Chunias filed either a verified claim or answer to the Complaint.

7. Under Supplemental Rule C(6), any person asserting an interest in the Defendant Properties is required to file a claim within thirty (30) days after process has been executed, and an answer within twenty (20) days after the filing of the claim.

8. To date, no claims to the Defendant Articles of Food or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

9. To the best of my knowledge, and upon information and belief, neither Nick Chunias nor Margaret Chunias, nor anyone else with an interest in the Defendant Articles of Food, is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 12th day of April, 2004.

_Shelbey D. Wright_
Shelbey D. Wright
Assistant U.S. Attorney

N:\KWhitten\Affidavit in Support of (M) for Entry of Default 62 cases.wpd

---

[1] In order to determine Nick Chunias' military status, the United States searched the Department of Defense Manpower Data Center using Nick Chunias' name and social security number. In order to determine Margaret Chunias' military status, the United States searched the Department of Defense Manpower Data Center using Margaret Chunias' name.

5

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-40011-NMG |
|---|---|
| DEFENDANT<br>62 Cases, more or less, of BetaTrim, et al., | TYPE OF PROCESS  Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: January 29, 2004

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.: 
District of Origin No.: 38
District to Serve No.: 38
Date: 3/15/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Date of Service: 3/23/04

REMARKS: Advertised in the Boston Herald on Feb. 12, 19, 26, 2004

GOVERNMENT EXHIBIT A

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

**U.S. Department of Justice**
United States Marshals Service

## PUBLIC VOUCHER

**DEPARTMENT OR ESTABLISHMENT, BUREAU OR O...**
United States Marshals Service

**PLACE VOUCHER PREPARED**
Boston, MA

**NAME OF PUBLICATION**
Boston Herald

**NAME OF PUBLISHER OR REPRESENTATIVE**
Legal Advertisement

**ADDRESS** (Street, room number, city, State, and ZIP code)
One Herald Sq., Bo...

### TYPEFACE

| Line Rates | | NUMBER ounted |
|---|---|---|
| FIRST INSERTION | 2/12/04 | |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | 2 | |
| TOTAL | 3 | |

| Other Rates | | NUMBER inch, sq |
|---|---|---|
| FIRST INSERTION | | |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | |
| TOTAL | | |

Attach one copy of advertisement (including upper and lower r... copy of voucher here. If copy is not available sign the following...

This represents a true billing for the attach advertising order, wi...

**SIGNATURE OF PUBLISHER OR REPRESENTATIVE**
[signature]

**TITLE**
[signature] Legal Rep

**ADVERTISEMENT PUBLISHED IN**

I certify that the advertisement described above appeared in

**SIGNATURE AND TITLE OF CERTIFYING OFFICER**

**SIGNATURE AND TITLE OF AUTHORIZING OFFICER**

**ACCOUNTING CLASSI...**
04-FCV-000003

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**NOTICE OF LIBEL**

Civil Case No. 04-40011-NMG

United States of America, District of Massachusetts, at Worcester, Massachusetts, January 27, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against the following real property, pursuant to 21 U.S.C. s334:

* 62 cases, more or less, of Beta Trim, an article of food, each case containing 6/180 tablet bottles; plus 9 loose bottles, labeled in part:
(case)
*** MS303422 *** BETATRIM *** CS/6 *** 180 COUNT ***
(bottle)
*** EAS *** BetaTrim *** Dietary Supplement 180 Tablets *** Proprietary Blend *** Ma Huang 8:1 Herb Extract *** (12 mg ephedrine alkaloids) *** Developed by and manufactured exclusively for *** EAE *** 555 Corporate Circle, Golden, CO *** USA ***

* 8 display cartons, more or less, of an article of food, each case containing 12 bottles; plus 9 loose bottles, labeled in part:
(carton)
*** STACKER PACKER *** As Advertised on National TV and Radio! This display carton contains the following: *** (Please check the corresponding box) *** 12 Stacker 2® 20ct Bottles *** Manufactured by NVE Pharmaceuticals, Inc. *** Newton, NJ ***
(bottle)
*** HERBAL DIETARY SUPPLEMENT *** STACKER *** 2 *** 20 CAPSULES *** PROPRIETARY BLEND 270MG *** EPHEDRA EXTRACT (LEAVES/STEMS) (25MG EPHEDRINE GROUP ALKALOIDS) *** MANUFACTURED BY NVE PHARMACEUTICALS, INC. ***

* 4 cases, more or less, of an article of food, each case containing 16 display cartons, each carton containing 6/100 capsule bottles; plus 2 display cartons of 6/100 capsule bottles and 5 loose bottles, labeled in part:
(case)
*** HERBAL DIETARY SUPPLEMENT *** STACKER *** 2 *** 100 CAPSULES *** Proprietary Blend *** 270mg *** Ephedra Extract (leaves/stems) (25mg ephedrine group alkaloids) *** Manufactured by NVE Pharmaceuticals, Inc. ***
(carton)
*** STACKER PACKER *** As Advertised on National TV and Radio! *** This display carton contains the following: *** (Please check the corresponding box) *** 6 Stacker 2® 100ct Bottles *** Manufactured by NVE Pharmaceuticals, Inc. *** Andover, NJ ***
(bottle)
*** HERBAL DIETARY SUPPLEMENT *** STACKER *** 2 *** 100 CAPSULES *** Proprietary Blend *** 270mg *** Ephedra Extract (leaves/stems) (25mg ephedrine group alkaloids) *** Manufactured by NVE Pharmaceuticals, Inc. ***

3 cases, more or less, of an article of food, each case containing 12/90 capsule bottles; plus 2 loose bottles, labeled in part:
(case - handwritten label)
*** THERMBUTEROL ***
(bottle)
*** THERMBUTEROL *** Fat Burner Energizer *** Maximum Strength *** 90 Capsules *** Dietary Supplement *** Proprietary Blend *** Sida Cordifolia (standardized for Ephedrine) *** Manufactured by: *** Southern Pharmaceuticals ***

(hereinafter collectively referred to as the "defendant articles of food").

All claims to said defendant articles of food must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

Anthony Dichio
United States Marshal
District of Massachusetts

Feb 12, 19, 26

---

**For Agency Use Only**

| VOUCHER NUMBER | |
|---|---|
| SCHEDULE NUMBER | 14 |
| PAID BY | |

(inch, square, word, or folio)

| | LINE | TOTAL COST |
|---|---|---|
| | 2.49 | $ 886.46 |
| | 2.49 | 1772.92 |
| | .49 | $ 2659.38 |
| | LINE | TOTAL COST |
| | | $ |
| | | $ |
| | | $ |

2/04

cted.

correct and eligible for payment.

| DATE PUBLISHED | |
|---|---|
| DATE | |
| DATE | |
| PAID BY CHECK NUMBER | |

FORM USM...

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-40011-NMG |
|---|---|
| DEFENDANT<br>62 Cases, more or less, of BetaTrim, et al., | TYPE OF PROCESS  Complaint<br>and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nick Chunias

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
Musclemaster.com, Inc., 455 Whitney Street, Northborough, MA 01532

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: January 29, 2004

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No.: 
District of Origin No.: 3
District to Serve No.: 35
Signature of Authorized USMS Deputy or Clerk
Date: 2/5/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/12/04    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 2/6/04 # 7002 0510 0004 3542 7297
2/9/04 Delivery date

**GOVERNMENT EXHIBIT B**

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R. Myhal | ☐ Agent<br>☐ Addressee | |
| | B. Received by ( *Printed Name* )<br>R. Myhal | C. Date of Delivery<br>2-9-4 | |
| 1. Article Addressed to:<br><br>NICK CHUNIAS<br>MUSCLEMASTER.COM INC.<br>455 WHITNEY ST.<br>NORTHBOROUGH, MA 01532 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)* | | ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7002 0510 0004 3542 7297 | | |
| PS Form 3811, August 2001 | Domestic Return Receipt | | 102595-02-M-0835 |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 04-40011-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 62 Cases, more or less, of BetaTrim, et al., | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Margaret Chunias

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

Musclemaster.com, Inc., 455 Whitney Street, Northborough, MA 01532

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100
DATE: January 29, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| | Total Process | District of Origin No. 35 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/5/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/6/04     Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 2/6/04 # 7002 0510 0004 3542 7303
2/9/04 Delivery date

GOVERNMENT EXHIBIT C

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R. Myhal    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>R. Myhal                         2-9-4 |
| 1. Article Addressed to:<br><br>MARGARET CHUNIAS<br>MUSCLEMASTER.COM INC.<br>455 WHITNEY STREET<br>NORTHBOROUGH, MA 01532 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7002 0510 0004 3542 7303 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835 | |