**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**United States of America,**
                    **Plaintiff,**

                                                    **CIVIL ACTION**
                                                    **NO.04- 40011-NMG**

        **V.**


**62 Cases, more or less, of BetaTrim,**
                    **Defendant,**


## NOTICE OF DEFAULT


   Upon application of the Plaintiff, United States of America for an order of

default for failure of  the Defendant, 62 cases, more or less, of BetaTrim, to

plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of

Civil Procedure, notice is hereby given that the Defendant has been defaulted

this 19th day of May  2004.



                                        **TONY ANASTAS, CLERK**



                            **By:  /s/ Martin Castles**
                                **Deputy Clerk**


**Notice mailed to: all counsel/parties**
**(default.not - 10/96)**                                              **[ntcdflt.]**