```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,           )
          Plaintiff,                )
                                    )
     v.                             )Civil Action No. 04-40011-NMG
                                    )
62 cases, more or less, of          )
BetaTrim, an article of food,       )
each case containing 6/180 tablet   )
bottles; plus 9 loose bottles,      )
labeled in part:                    )
                                    )
(case)                              )
                                    )
"*** MS303422 *** BETATRIM ***      )
CS/6 *** 180 COUNT ***"             )
                                    )
(bottle)                            )
                                    )
"*** EAS *** BetaTrim *** Dietary   )
Supplement 180 Tablets ***          )
Proprietary Blend *** Ma Huang 8:1  )
Herb Extract *** (12 mg ephedrine   )
alkaloids) *** Developed by and     )
manufactured exclusively for ***    )
EAS  *** 555 Corporate Circle,      )
Golden, CO *** USA ***"             )
                                    )
8 display cartons, more or less,    )
of an article of food, each case    )
containing 12 bottles; plus 9       )
loose bottles, labeled in part:     )
                                    )
(carton)                            )
                                    )
"*** STACKER PACKER *** As          )
Advertised on National TV and       )
Radio!  This display carton         )
contains the following: ***         )
(Please check the corresponding     )
box) *** 12 Stacker 2® 20ct         )
Bottles *** Manufactured by NVE     )
Pharmaceuticals, Inc. *** Newton,   )
NJ ***"                             )
                                    )
(bottle)                            )
                                    )
```

```
"*** HERBAL DIETARY SUPPLEMENT ***    )
STACKER *** 2 *** 20 CAPSULES ***     )
PROPRIETARY BLEND 270MG ***           )
EPHEDRA EXTRACT (LEAVES/STEMS)        )
(25MG EPHEDRINE GROUP ALKALOIDS)      )
*** MANUFACTURED BY NVE               )
PHARMACEUTICALS, INC. ***"            )
                                      )
4 cases, more or less, of an          )
article of food, each case            )
containing 16 display cartons,        )
each carton containing 6/100          )
capsule bottles; plus 2 display       )
cartons of 6/100 capsule bottles      )
and 5 loose bottles, labeled in       )
part:                                 )
                                      )
(case)                                )
                                      )
"*** HERBAL DIETARY SUPPLEMENT ***    )
STACKER *** 2 *** 100 CAPSULES ***    )
Proprietary Blend *** 270mg ***       )
Ephedra Extract (leaves/stems)        )
(25mg ephedrine group alkaloids)      )
*** Manufactured by NVE               )
Pharmaceuticals, Inc. ***"            )
                                      )
(carton)                              )
                                      )
"*** STACKER PACKER *** As            )
Advertised on National TV and         )
Radio!  *** This display carton       )
contains the following: ***           )
(Please check the corresponding       )
box) *** 6 Stacker 2® 100ct           )
Bottles *** Manufactured by NVE       )
Pharmaceuticals, Inc. ***             )
Andover, NJ ***"                      )
                                      )
(bottle)                              )
                                      )
"*** HERBAL DIETARY SUPPLEMENT ***    )
STACKER *** 2 *** 100 CAPSULES ***    )
Proprietary Blend *** 270mg ***       )
Ephedra Extract (leaves/stems)        )
(25mg ephedrine group alkaloids)      )
***  Manufactured by NVE              )
Pharmaceuticals, Inc. ***"            )
```

```
3 cases, more or less, of an        )
article of food, each case          )
containing 12/90 capsule bottles;   )
plus 2 loose bottles, labeled in    )
part:                               )
                                    )
(case - handwritten label)          )
                                    )
"*** THERMBUTEROL ***"              )
                                    )
(bottle)                            )
                                    )
"*** THERMBUTEROL *** Fat Burner    )
Energizer *** Maximum Strength ***  )
90 Capsules *** Dietary Supplement  )
*** Proprietary Blend *** Sida      )
Cordifolia (standardized for        )
Ephedrine) *** Manufactured by:     )
*** Southern Pharmaceuticals ***,"  )
            Defendants.             )
```

## MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the defendant articles of food, as described in the above caption, (the "Defendant Articles of Food").

In support of this Motion, the Government states that on April 13, 2004, it filed a Motion for Entry of Default against the claimants in this action, and on May 19, 2004, this Court entered a Notice of Default. The Notice was entered against Nicholas G. Chunias, Margaret A. Chunias, and all other persons claiming an interest in the Defendant Articles of Food, for their

failure to answer or otherwise defend in this action.  No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Articles of Food.  A proposed Order is attached.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA
                                        By its attorneys,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:  /s/  Jennifer H. Zacks
                                 SHELBEY D. WRIGHT
                                 JENNIFER H. ZACKS
                                 Assistant U.S. Attorneys
                                 1 Courthouse Way
                                 Suite 9200
                                 Boston, MA  02210
                                 (617) 748-3100

Dated: June 2, 2004