```
3 cases, more or less, of an        )
article of food, each case          )
containing 12/90 capsule bottles;   )
plus 2 loose bottles, labeled in    )
part:                               )
                                    )
(case - handwritten label)          )
                                    )
"*** THERMBUTEROL ***"              )
                                    )
(bottle)                            )
                                    )
"*** THERMBUTEROL *** Fat Burner    )
Energizer *** Maximum Strength ***  )
90 Capsules *** Dietary Supplement  )
*** Proprietary Blend *** Sida      )
Cordifolia (standardized for        )
Ephedrine) *** Manufactured by:     )
*** Southern Pharmaceuticals ***,"  )
             Defendants.            )
```

SAYLOR
~~GORTON~~, D.J.

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant articles of food, as described in the above caption, (the "Defendant Articles of Food"), are hereby condemned and forfeited to the United States of America pursuant to 28 U.S.C. § 1345, and 21 U.S.C. § 334;

3. That any claim of interest of Nicholas G. Chunias, Margaret A. Chunias, and any other parties claiming any right,

title, or interest in or to the Defendant Articles of Food, is hereby held in default and dismissed, having been defaulted on May 19, 2004;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Articles of Food in its secure custody and control, and shall dispose of them in accordance with law;

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*/s/ F. Dennis Saylor*

~~NATHANIEL M. GORTON~~  F. DENNIS SAYLOR
United States District Judge

Date: 6/29, 2004

C:\Documents and Settings\jzacks\Local Settings\Temporary Internet Files\OLK83\Final Judgment and Order of Forfeiture.wpd